UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 07-30086 |
|---|---|
| DENNIS RAY CRANE | (Chapter 13) |
| BILLI JEAN CRANE | |
| Debtors | JUDGE LAWRENCE S. WALTER |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4029271**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 0/ 0 | DENNIS RAY CRANE & BILLI JEAN CRANE<br>4846 MORELAND DR.<br>FRANKLIN, OH  45005 | 62.28 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 8/10/2010

Certificate of Service 07-30086

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| | | |
|---|---|---|
| DENNIS RAY CRANE<br>BILLI JEAN CRANE<br>4846 MORELAND DR.<br>FRANKLIN, OH  45005 | RICHARD E WEST<br>195 E CENTRAL AVE<br>BOX 938<br>SPRINGBORO, OH  45066 | (31.1n)<br>HSBC AUTO FINANCE DEPARTMENT<br>% ASCENSION CAPITAL GROUP<br>BOX 201347<br>ARLINGTON, TX  76006 |

(27.1n)
PREMIER BANKCARD
PREMIER CSI DEPT SDPR
BOX 2208
VACAVILLE, CA  95696

Jeffrey M. Kellner BY      ___/s/ Jeffrey M. Kellner_____      sv